### 13916.   GARREN v. THE STATE.

LUKE, J.   The motion for a new trial contains only the usual general grounds; the evidence, while circumstantial, was sufficient to exclude every *reasonable* hypothesis save that of the defendant's guilt; and the finding of the jury was approved by the trial judge.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED NOVEMBER 17, 1922.

Accusation of possession of liquor; from city court of Tifton — Judge Price.   August 10, 1922.

*Ridgdill & Mitchell,* for plaintiff in error.

*R. E. Dinsmore, solicitor,* contra.

---

### 13934.   SAILORS v. THE STATE.

LUKE, J.   The motion for a new trial is based upon the general grounds only.   Upon conflicting evidence the jury found the defendant guilty, and, the verdict being supported by the evidence and approved by the trial judge, this court is without authority to interfere.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED NOVEMBER 17, 1922.

Accusation of larceny from house; from city court of Carrollton — Judge Hood.   August 5, 1922.

*H. C. Strickland,* for plaintiff in error.

*Willis Smith, solicitor,* contra.